1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              CASE NO.  2:13-CR-00248-TLN

12 |                  Plaintiff,            STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |            v.                          FINDINGS AND ORDER

14 | ANTHONY SUAREZ,                        DATE: September 5, 2013
                                            TIME: 9:30 a.m.
15 |                  Defendant.            COURT: Hon. Troy L. Nunley

16

17                        **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on September 5, 2013.

21       2.      By this stipulation, defendant now moves to continue the status conference until

22 November 14, 2013, and to exclude time between September 5, 2013, and November 14, 2013, under

23 Local Code T4.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26 includes agent reports and accounts of the alleged activity.  All of this discovery has been either

27 produced directly to counsel and/or made available for inspection and copying.

28              b)      Counsel for defendant desires additional time to review discovery and conduct

   STIPULATION RE: EXCLUDABLE TIME; FINDINGS AND         1
   ORDER

1    additional investigation.

2          c)    Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5          d)    The government does not object to the continuance.

6          e)    Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9          f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of September 5, 2013 to November 14,

11   2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12   T4] because it results from a continuance granted by the Court at defendant's request on the basis

13   of the Court's finding that the ends of justice served by taking such action outweigh the best

14   interest of the public and the defendant in a speedy trial.

15   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

16   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17   must commence.

18       IT IS SO STIPULATED.

19   Dated:  September 4, 2013              BENJAMIN B. WAGNER
                                    United States Attorney

20

21                                       /s/ PAUL A. HEMESATH
                                    PAUL A. HEMESATH

22                                       Assistant United States Attorney

23

     Dated:  September 4, 2013              /s/ PHILIP COZENS
24                                       PHILIP COZENS
                                    Counsel for Defendant

25

26

27

28

STIPULATION RE: EXCLUDABLE TIME; FINDINGS AND ORDER    2

1          **[PROPOSED] FINDINGS AND ORDER**

2          IT IS SO FOUND AND ORDERED this 5th day of September, 2013.

3

4

5          _____

6          Troy L. Nunley
           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXCLUDABLE TIME; FINDINGS AND          3
ORDER