Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Anthony Uasuarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-0248 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | CONTINUANCE OF |
| | ) | DEFENDANT SUAREZ'S |
| | ) | STATUS CONFERENCE FROM |
| v. | ) | NOVEMBER 14, 2013 TO DECEMBER 5, 2013 |
| | ) | |
| ANTHONY SUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Paul Hegesath, Esq. and Defendant Anthony Suarez through his attorney Philip Cozens, Esq., that:

    The Status Conference currently scheduled for November 14, 2013, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for December 5, 2013 at 9:30 a.m. in Judge Nunley's Court. The stipulated continuance is necessary for a plea agreement to be prepared.

    Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time should be excluded from speedy trial calculations from November 14, 2013 through and including December 5, 2013.

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE     -1-

It is so stipulated.

Dated: November 12, 2013                    /s/ Paul Hegesath, Esq.
                                            Paul Hegesath, Esq.
                                            Assistant United States Attorney
                                            Eastern District of California


                                            /s/ Philip Cozens
                                            Philip Cozens
                                            Attorney for Defendant Anthony Uasuarez

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for November 14, 2013, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for December 5, 2013 at 9:30 a.m. in Judge Nunley's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from November 12, 2013 through and including December 5, 2013.

Dated: November 12, 2013

                                            _____
                                            Troy L. Nunley
                                            United States District Judge

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE    -2-